NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-554

MARSH EXPLORATION, L.L.C.

VERSUS

SKH ENERGY PARTNERS II, ET AL.

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF VERMILION, NO. 78335
HONORABLE THOMAS R. DUPLANTIER, DISTRICT JUDGE

**********
ULYSSES GENE THIBODEAUX
CHIEF JUDGE
**********

Court composed of Ulysses Gene Thibodeaux, C.J., Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

William Seay Strain
318 St. Charles Street
Baton Rouge, LA 70802
Telephone: (225) 343-0100
COUNSEL FOR:
    Defendant/Appellee - SKH Energy Partners II, L.P.

Calvin Eugene Woodruff, Jr.
Cooper & Woodruff
111 Concord Street - Suite A
Abbeville, LA 70510-4617
Telephone: (337) 898-8530
COUNSEL FOR:
    Defendant/Appellee - Vermilion Parish School Board

**Brett Page Furr**
**TAYLOR, PORTER, BROOKS & PHILLIPS, L.L.P.**
**P. O. Box 2471**
**Baton Rouge, LA 70821-2471**
**Telephone:  (225) 387-3221**
**COUNSEL FOR:**
      **Plaintiff/Appellant - Marsh Exploration, L.L.C.**